IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                                  MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
*Parks et al. v. Ethicon, Inc. et al.*,                              2:14-cv-10221

## ORDER

Pending before the court is the plaintiff's Motion to Reinstate [ECF No. 11]. By Inactive Docket Order, I retired this case from the active docket and stated that I would reinstate the case to the active docket only upon a showing of good cause [ECF No. 8]. For good cause shown, it is **ORDERED** that the Motion is **GRANTED**.

The Clerk is **DIRECTED** to remove the inactive docket flag, reinstate this case to the active docket, and send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 25, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE