IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL NO. 2327
_____
THIS DOCUMENT RELATES TO
THE CASES ON EXHIBIT A

**O R D E R**

Pending in the cases on Exhibit A is Plaintiffs' Motion to Strike Defendant's Non-Retained Experts in Violation of the Court's Pretrial Order, filed at the ECF Numbers indicated on Exhibit A. In each of the cases on Exhibit A, plaintiffs seek an order limiting or excluding the non-retained expert witnesses designated by the Ethicon defendants because in addition to the five expert witnesses identified by the Ethicon defendants, they identified additional non-retained experts in excess of five in violation of the court's pretrial orders.

From the beginning of these MDLs, the court ordered in every single docket control order, including the ones entered in the cases on Exhibit A, that **"the plaintiffs and each defendant are limited to no more than five experts per case (exclusive of treating physicians)."** To the extent the Ethicon defendants named more than five experts, these experts are stricken. Accordingly, the court **ORDERS** that Plaintiffs' Motion to Strike Defendant's Non-Retained Experts in Violation of the Court's Pretrial Order identified by ECF Number on Exhibit A, are **GRANTED** to the extent plaintiffs seek an order excluding expert witnesses designated by the Ethicon defendants in excess of five. Plaintiffs' Motion is otherwise **DENIED**.

The court **DIRECTS** the Clerk to send a copy of the order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: May 12, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Civil Action Number | ECF Number of Motion |
|---|---|
| 2:14-cv-6455 | 47 |
| 2:14-cv-10221 | 38 and 39 |

Case 2:14-cv-10221   Document 54   Filed 05/12/20   Page 3 of 3 PageID #: 1260